Law Offices of Travis Gagnier, Inc., P.S.
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
253-941-0234; gagnierecf@bestbk.com

Honorable Timothy D. Dore

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**SALISBURY, Rabecka Ayana; fka SALISBURY, Paul Michael,**

**Debtor.**

**SALISBURY, Rabecka Ayana; fka SALISBURY, Paul Michael,**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA ACTING THOUGH THE U.S. DEPARTMENT OF EDUCATION and ECMC,**

**Defendants**

Number 22-11459

Adversary Number: 22-01059

**STIPULATION FOR ORDER OF DISMISSAL**

This Stipulation is entered into by and between Defendant, ECMC, and Plaintiff, Rabecka Ayana Salisbury by and through their respective attorneys of record.

THE PARTIES STIPULATE AS FOLLOWS:

1. The parties agree that the above adversary proceeding may be dismissed with each party paying their own costs and attorney's fees.

IT IS SO STIPULATED:

Dated: January 11, 2023

STIPULATION FOR ORDER OF DISMISSAL - 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff

/s/ Travis A. Gagnier_
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

Dated: January 11, 2023

DBS | LAW

/s/ Daniel J. Bugbee (approved vis email)
Daniel J. Bugbee, WSBA No. 42412
155 NE 100th St., Suite 205
Seattle, WA 98125
Tel: (206) 489-3819
dbugbee@lawdbs.com
Attorneys for Educational Credit Management Corporation

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com