Honorable Judge Timothy W. Dore
Chapter 7

Latife Neu, Attorney at Law PLLC
2701 NW 65th Street
Seattle, WA 98117
P: (206) 297-6349

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>ZENA M. DODSON<br><br>Debtor. | Case No.: 14-18117-TWD |
| ZENA M. DODSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendant. | Adv. No: 22-01052-TWD<br><br>**NOTICE REGARDING FINAL ADJUDICATION AND CONSENT** |

PLAINTIFF, Zena Dodson, by and through counsel, Latife Neu and Aaron Ament, hereby provides the following notice required by Local Bankruptcy Rule 7012-1(a):

1. The above captioned proceeding ("AP") arises out of the above captioned Chapter 7 Bankruptcy of Zena Dodson, reopened for the purpose of determining dischargeability of certain student loans;

2. The AP is a core proceeding under 28 U.S.C. §157(b)(2)(I), and venue is proper under 28 U.S.C. §1409(a).

3. Zena Dodson consents to the entry of final orders and judgments by the Bankruptcy Court in this AP.

NOTICE REGARDING FINAL
ADJUDICATION AND CONSENT- 1

*LATIFE NEU ATTORNEY PLLC*
1825 NW 65TH STREET
SEATTLE, WA 98117
P (206) 297-6349 / LATIFE@NEULEGAL.COM

Case 22-01052-TWD    Doc 12    Filed 12/12/22    Ent. 12/12/22 09:18:32    Pg. 1 of 2

Dated this 12th day of December, 2022.

Latife Neu, Attorney at Law PLLC

By: */s/ Latife H. Neu*
Latife H. Neu, WSBA #33144
Co-counsel for Plaintiff
1825 NW 65th Street
Seattle, WA 98117
latife@neulegal.com

National Student Legal Defense Network

By: */s/ Aaron Ament*
Aaron Ament, *pro hac vice*
Co-counsel for Plaintiff
1701 Rhode Island Avenue
Washington, DC 20036
aaron@defendstudents.org

NOTICE REGARDING FINAL
ADJUDICATION AND CONSENT- 2

*LATIFE NEU ATTORNEY PLLC*
1825 NW 65TH STREET
SEATTLE, WA 98117
P (206) 297-6349 / LATIFE@NEULEGAL.COM

Case 22-01052-TWD    Doc 12    Filed 12/12/22    Ent. 12/12/22 09:18:32    Pg. 2 of 2