Entered on Docket February 6, 2023

Below is the Order of the Court.



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

ZENA M. DODSON | Case No.: 14-18117-TWD

Debtor.

ZENA M. DODSON, | Adv. No: 22-01052

Plaintiff, | **ORDER**

v.

UNITED STATES DEPARTMENT OF EDUCATION,

Defendant.

Upon consideration of the Second Stipulation to Suspend Pre-Trial Deadlines and Trial Date in the above-referenced Adversary Proceeding between Plaintiff Zena Dodson and Defendant Department of Education, whereby pre-trial deadlines and the trial date are temporarily further suspended to allow for case evaluation, it is hereby ORDERED:

1. This Stipulation to Suspend Pre-Trial Deadlines and Trial Date is APPROVED; and

ORDER

*LATIFE NEU ATTORNEY PLLC*
1825 NW 65TH STREET
SEATTLE, WA 98117
P (206) 297-6349 / LATIFE@NEULEGAL.COM

2. Unless an agreement has been reported to the Court by April 17, 2023, the parties shall send a joint letter to the Court reporting that no settlement has been reached, and asking for the non-lapsed deadlines and trial date to be re-set.

**//END OF ORDER//**

Latife Neu, Attorney at Law PLLC

By: */s/ Latife H. Neu*
Latife H. Neu, WSBA #33144
Co-counsel for Plaintiff
1825 NW 65th Street
Seattle, WA 98117
latife@neulegal.com


National Student Legal Defense Network

By: */Aaron Ament*
Aaron Ament, *pro hac vice*
Co-counsel for Plaintiff
1701 Rhode Island Avenue
Washington, DC 20036
aaron@defendstudents.org


United States Department of Justice

By: */Kyle A. Forsyth*
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney
U.S. Department of Justice
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
kyle.forsyth@usdoj.gov

ORDER

*LATIFE NEU ATTORNEY PLLC*
1825 NW 65TH STREET
SEATTLE, WA 98117
P (206) 297-6349 / LATIFE@NEULEGAL.COM

Case 22-01052-TWD    Doc 19    Filed 02/06/23    Ent. 02/06/23 15:43:30    Pg. 2 of 2