Entered on Docket April 21, 2023

**Below is the Judgment of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court Judge**
(Dated as of Entered on Docket date above)

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>ZENA M. DODSON<br><br>                                  Debtor. | Case No.: 14-18117-TWD |
| ZENA M. DODSON,<br><br>                                  Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>                                  Defendant. | Adv. No: 22-01052-TWD<br><br>**EX PARTE CONSENT JUDGMENT DISCHARGING STUDENT LOAN DEBT** |

      Plaintiff Zena M. Dodson (Plaintiff) and Defendant United States Department of Education (DOE) filed an "Ex Parte Joint Motion for Entry of Consent Judgment Discharging Student Loan Debt" (Joint Motion). For the reasons stated in the parties' Joint Motion, the Court finds that Plaintiff is entitled to discharge her student loan debt, as described in the Complaint

EX PARTE CONSENT JUDGMENT DISCHARGING STUDENT
LOAN DEBT - 1
*Dodson v. Dept. of Education*, No. A22-01052

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
Tel. 206-553-7970

**Below is the Judgment of the Court.**

[dkt. no. 1] ¶ 2.6 (the Debt). Accordingly, the Court GRANTS the Joint Motion and enters the following Consent Judgment:

1. Repaying the Debt would impose an undue hardship on Plaintiff under 11 U.S.C. § 523(a)(8).

2. The Debt is therefore discharged, effective today, pursuant to the general discharge granted April 2, 2015, under 11 U.S.C. § 727, in Case No. B14-18117.

3. Plaintiff and DOE shall bear their own costs and attorney fees related to this action.

/// **END OF ORDER** ///

*s/ Latife H. Neu*
Latife H. Neu, WSBA #33144
Co-counsel for Plaintiff
Latife Neu, Attorney at Law PLLC
1825 NW 65th Street
Seattle, WA 98117
latife@neulegal.com

*s/Aaron Ament*
Aaron Ament, *pro hac vice*
Co-counsel for Plaintiff
National Student Legal Defense Network
1701 Rhode Island Avenue
Washington, DC 20036
aaron@defendstudents.org

*s/Kyle A. Forsyth*
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney
U.S. Department of Justice
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
kyle.forsyth@usdoj.gov

EX PARTE CONSENT JUDGMENT DISCHARGING STUDENT LOAN DEBT - 2
*Dodson v. Dept. of Education*, No. A22-01052

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
Tel. 206-553-7970